PEARSON, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD R. FEEZLE, *et al.*, *etc.*, | ) | |
| | ) | CASE NO.  4:23CV0242 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| GRAYCE EISLEY, *et al., etc.*, | ) | |
| | ) | CASE NO.  4:23CV0250 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| RAY E. HALL, *et al.*, *etc.*, | ) | |
| | ) | CASE NO.  4:23CV0257 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ANDREW ERDOS, *et al., etc.*,      )
                                   )      CASE NO.  4:23CV0268
                Plaintiffs,        )
                                   )
        v.                         )      JUDGE BENITA Y. PEARSON
                                   )
NORFOLK SOUTHERN                   )
CORPORATION., *et al.*,            )
                                   )
                Defendants.        )      **<u>ORDER</u>**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CHASE KINDER, *et al., etc.*,      )
                                   )      CASE NO.  4:23CV0292
                Plaintiffs,        )
                                   )
        v.                         )      JUDGE BENITA Y. PEARSON
                                   )
NORFOLK SOUTHERN                   )
CORPORATION, *et al.*,             )
                                   )
                Defendants.        )      **<u>ORDER</u>**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AYSIA CANTERBURY, *et al., etc.*,  )
                                   )      CASE NO.  4:23CV0298
                Plaintiffs,        )
                                   )
        v.                         )      JUDGE BENITA Y. PEARSON
                                   )
NORFOLK SOUTHERN                   )
CORPORATION, *et al.*,             )
                                   )
                Defendants.        )      **<u>ORDER</u>**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

2

| | | |
|---|---|---|
| KRISTIN BATTAGLIA, *et al.*, *etc.*, | ) | |
| | ) | CASE NO.  4:23CV0303 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JESSICA DAVIS, *et al., etc.*, | ) | |
| | ) | CASE NO.  4:23CV0308 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TINA IBEL, *et al.*, *etc.*, | ) | |
| | ) | CASE NO.  4:23CV0315 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KAYLA BAKER, *et al., etc.*,       )
                                 )    CASE NO.  4:23CV0324
           Plaintiffs,       )
                                 )
             v.               )    JUDGE BENITA Y. PEARSON
                                 )
NORFOLK SOUTHERN         )
CORPORATION, *et al.*,        )
                                 )
           Defendants.      )    **ORDER**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

SCOTT SNYDER, *et al.,etc.*,      )
                                 )    CASE NO.  4:23CV0344
           Plaintiffs,       )
                                 )
             v.               )    JUDGE BENITA Y. PEARSON
                                 )
NORFOLK SOUTHERN         )
RAILWAY CO., *et al.*,         )
                                 )
           Defendants.      )    **ORDER**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

AMY DETTMER, *et al., etc.*,      )
                                 )    CASE NO.  4:23CV0345
           Plaintiffs,       )
                                 )
             v.               )    JUDGE BENITA Y. PEARSON
                                 )
NORFOLK SOUTHERN         )
RAILWAY CO., *et al.*,         )
                                 )
           Defendants.      )    **ORDER**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

WILLIAM LEE FISHER, *et al., etc.*,     )
                                     )    CASE NO.  4:23CV0350
                  Plaintiffs,    )
                                     )
        v.                 )    JUDGE BENITA Y. PEARSON
                                     )
NORFOLK SOUTHERN          )
CORPORATION, *et al.*        )
                                     )
                 Defendants.    )    **<u>ORDER</u>**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT ATKINSON, *et al.*, *etc.*,   )
                                     )    CASE NO.  4:23CV0363
                  Plaintiffs,    )
                                     )
        v.                 )    JUDGE BENITA Y. PEARSON
                                     )
NORFOLK SOUTHERN          )
CORPORATION, *et al.*,       )
                                     )
                 Defendants.    )    **<u>ORDER</u>**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CHRISTINA BODNAR, *et al.*,    )
                                     )    CASE NO.  4:23CV0380
                  Plaintiffs,    )
                                     )
        v.                 )    JUDGE BENITA Y. PEARSON
                                     )
NORFOLK SOUTHERN          )
CORPORATION, *et al.*,       )
                                     )
                 Defendants.    )    **<u>ORDER</u>**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

5

ROSEMARY MOZUCH, *et al.*, *etc.*,                    )
                                                      )     CASE NO.  4:23CV0415
        Plaintiffs,                             )
                                                      )
        v.                                      )     JUDGE BENITA Y. PEARSON
                                                      )
NORFOLK SOUTHERN                                      )
CORPORATION, *et al.*,                                )
                                                      )
        Defendants.                             )     **<u>ORDER</u>**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

BRENDA SMITH, *et al.*, *etc.*,                       )
                                                      )     CASE NO.  4:23CV0429
        Plaintiffs,                             )
                                                      )
        v.                                      )     JUDGE BENITA Y. PEARSON
                                                      )
NORFOLK SOUTHERN                                      )
CORPORATION, *et al.*,                                )
                                                      )
        Defendants.                             )     **<u>ORDER</u>**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

JON LUKE AFFELTRANGER, *et al.*, *etc.*,              )
                                                      )     CASE NO.  4:23CV0440
        Plaintiffs,                             )
                                                      )
        v.                                      )     JUDGE BENITA Y. PEARSON
                                                      )
NORFOLK SOUTHERN                                      )
CORPORATION,                                          )
                                                      )
        Defendants.                             )     **<u>ORDER</u>**

**I.**

On or before March 15, 2023, counsel for Plaintiffs in the above-captioned cases shall file in Case No. 4:23CV0242 (*i.e.* the first-filed case) a motion proposing a class counsel organizational structure, including, if necessary, a competing structure(s).  *See* Fed. R. Civ. P. 23(g).  The motion shall include in a single document the views of all counsel for Plaintiffs in the 18 cases now pending on the docket of the undersigned.  Attorneys Seth A. Katz and M. Elizabeth Graham are responsible for coordinating the final version of the motion and Attorney Jayne Conroy shall file the motion.  The motion and any briefing regarding it shall not be filed in any of the other pending cases.

**II.**

On or before March 15, 2023, counsel for Plaintiffs in the above-captioned cases shall file in Case No. 4:23CV0242 a Joint Status Report setting forth their views and the views of defense counsel regarding (1) the potential consolidation of the 18 cases, pursuant to Fed. R. Civ. P. 42(a), (2) the filing of a Master Consolidated Amended Complaint in Case No. 4:23CV0242, and (3) the timing of Defendants' responsive filing.  Attorneys Seth A. Katz and M. Elizabeth Graham are responsible for coordinating the final version of the Joint Status Report and Attorney Jayne Conroy shall file it.  The Joint Status Report and any briefing regarding shall not be filed in any of the other pending cases.

IT IS SO ORDERED.

    March 8, 2023                              /s/ Benita Y. Pearson
Date                                            Benita Y. Pearson
                                                United States District Judge

7